# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: MARK A. TONIONE & CHARIN M. TONIONE          Case Number: 07-71867
613 WYNSTONE WAY          SSN-xxx-xx-7059 & xxx-xx-7161
ROCKTON, IL  61072

Case filed on: 8/7/2007
Plan Confirmed on: 4/18/2008

C Converted to Chapter 7

Total funds received and disbursed pursuant to the plan: $4,253.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BALSLEY & DAHLBERG LLP | 3,000.00 | 3,000.00 | 880.23 | 0.00 |
|  | Total Legal | 3,000.00 | 3,000.00 | 880.23 | 0.00 |
| 003 | ILLINOIS DEPARTMENT OF REVENUE | 265.98 | 265.98 | 0.00 | 0.00 |
| 004 | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Priority | 265.98 | 265.98 | 0.00 | 0.00 |
| 998 | MARK A. TONIONE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | CAPITAL ONE AUTO FINANCE | 16,900.32 | 16,900.32 | 1,659.53 | 1,404.47 |
| 002 | EMC MORTGAGE | 20,472.69 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 37,373.01 | 16,900.32 | 1,659.53 | 1,404.47 |
| 001 | CAPITAL ONE AUTO FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | ILLINOIS DEPARTMENT OF REVENUE | 24.80 | 24.80 | 0.00 | 0.00 |
| 005 | LEATH FURNITURE | 899.29 | 899.29 | 0.00 | 0.00 |
| 006 | ASSET ACCEPTANCE CORP | 1,843.75 | 1,843.75 | 0.00 | 0.00 |
| 007 | PORTFOLIO RECOVERY ASSOCIATES | 247.50 | 247.50 | 0.00 | 0.00 |
| 008 | ROUNDUP FUNDING LLC | 876.10 | 876.10 | 0.00 | 0.00 |
|  | Total Unsecured | 3,891.44 | 3,891.44 | 0.00 | 0.00 |
|  | Grand Total: | 44,530.43 | 24,057.74 | 2,539.76 | 1,404.47 |

Total Paid Claimant:     $3,944.23
Trustee Allowance:       $308.77          Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:       0.00        discharging the trustee and the trustee's surety from any and all
liablility on account of the within proceedings, and closing the estate,
and for such other relief as is just.  Pursuant to FRBP, I hereby
certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 08/28/2008          By  /s/Heather M. Fagan